**Order entered July 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00011-CR
No. 05-15-00012-CR
No. 05-15-00013-CR

**BERNARD JEROME COY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53722-W, F14-70104-W, F14-70105-W**

## ORDER

The Court **GRANTS** the State's July 15, 2015 motion to supplement record on appeal.

We **ORDER** the District Clerk to file a supplemental record, within **FIFTEEN (15)**

**DAYS** from the date of this order, that contains the following items:

1)  Pass slip signed 2/11/2014

2)  Pass slip signed 2/28/2014

3)  Pass slip signed 3/17/2014

4)  Pass slip signed 4/14/2014

5   Pass slip signed 4/22/2014

6)  Pass slip signed on unknown date resetting trial date to 5/23/2014

7)  Pass slip signed 5/23/2014

8)     Pass slip signed 6/6/2014

9)     Pass slip signed 6/20/2014

10)    Pass slip signed 7/15/2014

11)    Pass slip signed 8/12/2014

12)    Pass slip signed on unknown date resetting trial date to 10/31/2014

13)    Pass slip signed 10/31/2014


                              /s/     ADA BROWN
                                      JUSTICE